# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AHMAD R. JOHNSON,<br><br>Defendant. | Case No. 19-CR-230-JPS<br><br>**ORDER** |

On October 7, 2021, the Government filed a motion for entry of final order of forfeiture and judgment as to certain property of Defendant. (Docket #31). The Court has considered the motion and the declaration of Assistant United States Attorney Stephen A. Ingraham, as well as the exhibit thereto. (Docket #32, #32-1). The Court is satisfied that the Government has complied with the terms and provisions of 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c). Therefore, the Court will grant the Government's motion.

Accordingly,

**IT IS ORDERED** that the Government's motion for entry of final order of forfeiture and judgment (Docket #31) be and the same is hereby **GRANTED**; and

**IT IS FURTHER ORDERED** that, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the Government has clear title to the Taurus, model PT24/7 G2, .40 caliber pistol bearing serial number SEO81139 and may dispose of this property item according to law.

Dated at Milwaukee, Wisconsin, this 15th day of October, 2021.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge